JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO RAMIREZ AND<br>GLORIA ELENA RAMIREZ,<br><br>        Plaintiff,<br><br>  v.<br><br>CHASE HOME FINANCE, and<br>DOES 1-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1886-VAP<br>(FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>January 28, 2009</u>

                                          VIRGINIA A. PHILLIPS
                                  United States District Judge